# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1259. WILLIAM LOUIS COBB, JR. v. THE STATE.**

In 2005, a jury found William Louis Cobb, Jr. guilty of numerous sexual offenses. This Court affirmed Cobb's convictions on appeal. *Cobb v. State*, 300 Ga. App. 565 (685 SE2d 458) (2009). In 2022, Cobb filed a motion for out-of-time appeal, which the trial court denied on March 8, 2022. Cobb then filed this appeal.

However, in a recent case, the Supreme Court determined that a trial court lacks authority to grant an out-of-time appeal. *Cook v. State*, ___ Ga. ___, ___ (5) (Case No. S21A1270, decided March 15, 2022). This holding is to be applied to "all cases that are currently on direct review or otherwise not yet final." Id. Cobb, therefore, "had no right to file a motion for an out-of-time appeal in the trial court; his remedy, if any, lies in habeas corpus." *Rutledge v. State*, ___ Ga. ___, ___ (Case No. S21A1036, decided March 15, 2022). Rather than denying Cobb's motion, the trial court should have dismissed it. See id.

Accordingly, the trial court's order denying the motion for out-of-time appeal is hereby VACATED, and this appeal is hereby REMANDED to the trial court, which is DIRECTED to enter an order dismissing the motion for out-of-time appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/13/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*